# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRADY,<br><br>                              Plaintiff,<br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                            Defendant. | CASE NO. 13-CV-2993-LAB-WVG<br><br>**ORDER GRANTING LEAVE TO PROCEED IFP** |

Brady has filed a motion to proceed IFP in this social security appeal.

All parties instituting a civil action in a district court of the United States, except for habeas petitioners, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). A party is excused from paying the fee, however, if the Court grants leave to proceed IFP pursuant to 28 U.S.C. 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Circuit 1999). To proceed IFP, a plaintiff doesn't need to prove that he's absolutely destitute, but he does need to show that, because of his poverty, he cannot provide the filing fee and still provide his dependants with the necessities of life. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948).

Brady represents that he makes $400 per month, has no meaningful assets or cash, and owes a dependent $175 a month. He therefore meets the IFP standard, and his motion to proceed IFP is **GRANTED**.

**IT IS SO ORDERED**.

DATED: May 20, 2014

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge